DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER GEORGE, DIANNA GEORGE, 3485 LAGO DE TALAVERA TRUST** and **ROBERT GIBSON,**
Appellants,

v.

**ZOKAITES PROPERTIES, LP** and **SOVEREIGN GAMING & ENTERTAINMENT, LP,**
Appellees.

No. 4D21-1244

[May 25, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn Kelley, Judge; L.T. Case No. 502016CA012892.

Christopher George, Wellington, pro se.

Jay Lewis Farrow of Farrow Law Firm, P.A., Davie, for appellant Dianna George.

Robert Gibson, Lake Worth Beach, pro se.

Peter M. Armold of Gary Dtyrych & Ryan, P.A., North Palm Beach, for appellee Zokaites Properties, LP.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***